UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. ZOBRIST and B.C.M.W.<br>COMMUNITY SERVICES, INC.,<br><br>Defendants. | Case No. 07-cv-524-JPG |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

**Dated: January 15, 2008**            **s/Vicki McGuire**
                                                                 **Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                       **J. PHIL GILBERT**
                       **DISTRICT JUDGE**